**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eldon Philip Anderson,　　　　　　　　　　Criminal No. 07-417 (1) (RHK)
　　　　　　　　　　　　　　　　　　　　　Civil No. 09-3155 (RHK)
　　　　Petitioner,　　　　　　　　　　　　**ORDER**
　v.

United States of America,

　　　　Respondent.

---

　　　　Petitioner's Motion for Declaratory Judgment (Doc. No. 135) is **DENIED**.

Dated: March 1, 2012

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge